JS-6

**NANCY E. MILLER**
**California State Bar No 120031**
**ROBERT L. REEVES**
California State Bar No. 92878
**REEVES & ASSOCIATES, A PLC**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101
Tel: (626) 795-6777
Fax: (626) 795-6999
nmiller@rreeves.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR P. BRIGHT | ) Case No. SACV 08-1315-JVS(RNBx) |
| Plaintiff, | ) ORDER DISMISSING ACTION |
| vs. | ) |
| ERIC H. HOLDER, JR., ATTORNEY GENERAL; et al, | ) |
| Defendants. | ) |

Good Cause therefore having been shown,

IT IS HEREBY ORDERED as follows:

That the matter is dismissed in its entirety pursuant to Fed. R.Civ. P. 41(a)(1); That each party will bear their own costs, fees and expenses.

DATED: April 28, 2009

_____
HONORABLE JUDGE JAMES V. SELNA

1